IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 15-08710/BKT |
| | * | |
| SONIA NOEMI SANTIAGO TORRES | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

**DEBTOR'S MOTION IN COMPLIANCE WITH ORDER
DATED JANUARY 13, 2020 DOCKET #20
RE: CURING OF PLAN PAYMENTS ARREARS**

TO THE HONORABLE COURT:

**NOW COMES, SONIA NOEMI SANTIAGO TORRES,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January 13, 2020, the Court issued the following *Order*:

   "**ORDER ON ARREARS**:
   This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by Trustee alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #19). Debtor(s) request(s) time to cure the arrears.
   Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 2/12/20" *Order on Arrears*, dated January 13, 2020, Docket #20.

2. The Debtor respectfully submits that she has cured any and all arrears in her confirmed Plan payments to the Trustee. On January 30, 2020, she made one (1) $840.00 payment to the Trustee to cure the Plan arrears. Attached is evidence of the payment made to the Trustee on January 30, 2020.

3. The Debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and deny the *Trustee's Motion to Dismiss*, Docket #17, in the above captioned case.

Page – 2-
Debtors' Motion in Compliance with Order
Case no. 15-08710/BKT13

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order on Arrears* dated January 13, 2020, Docket #20, in the above case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Sonia Noemi Santiago Torres, 91 Villas del Bosque, Margarita Street, Cidra PR 00739

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of January, 2020.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

**UNITED STATES POSTAL SERVICE®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to

Address

NOT NEGOTIABLE

Year, Month, Day 20-01-30  Post Office 0073   Amount $840.00   Clerk 10

Serial Number 26319962441

---

**POSTAL MONEY ORDER**

Serial Number 26319962441

Year Month Day    Post Office    Amount $840.00 ********   Clerk 10

U.S. Dollars and Cents

Eight Hundred Forty Dollars and 00/100

From Sonia N. Santiago Torres
Address 91 Villas del Bosque
Margaret Street Cidra PR 00739

Pay to José R. Carrion CH13
Address P.O. Box 88159
Chicago IL 60680-1159
Memo 15-08710/BKT CH13

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

26319962441

⑆000000800⑆

© 2008 United States Postal Service. All Rights Reserved.