IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>SONIA NOEMI SANTIAGO TORRES<br><br>xx-xx-6722<br><br>Debtor(s) | CASE NO. 15-08710-BKT13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON MAR/16/2020 |

ORDER

    The motion filed by the debtor in compliance with order to show cause on docket #23 (docket #27) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 16 day of March, 2020.

Brian K. Tester
United States Bankruptcy Judge