IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO. 15-08710-BKT13

SONIA NOEMI SANTIAGO TORRES               Chapter 13


xx-xx-6722


              Debtor(s)                   FILED & ENTERED ON AUG/04/2020

ORDER

    The trustee is to state his position within twenty-one (21) days as to the Debtor's reply filed on July 9, 2020 (Docket No. 36).

    Order due by August 25, 2020.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 4 day of August, 2020.


Brian K. Tester
United States Bankruptcy Judge