## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 15-08710/EAG |
| | * | |
| SONIA NOEMI SANTIAGO TORRES | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

### DEBTOR'S MOTION IN COMPLIANCE WITH ORDER, DOCKET NO. 53
### RE: CURING PLAN ARREARS

TO THE HONORABLE COURT:

**NOW COMES, SONIA NOEMI SANTIAGO TORRES,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Before the Court there is a *Trustee's Motion to Dismiss* filed by the Chapter 13 Trustee, Docket No. 44.

2. On April 26, 2021, this Honorable Court granted the Debtor thirty (30) days to file evidence of being current Order, due by 5/12/2021, Docket No. 53.

3. The Debtor hereby respectfully informs the Court that on May 11, 2021, she made one (1) $842.00 payment (money order no. 27443917967) to the Trustee. Attached is evidence of the payment to the Trustee.

4. The Debtor respectfully submits that she is up-to-date and has cured the Plan arrears, that she has completed all payments under the plan thus, respectfully requests the Court be informed of said Plan payment and deny the *Trustee Motion to Dismiss*, Docket No. 44, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order* dated April 26, 2021, Docket No.53, in the above case.

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 15-08710/EAG13

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Sonia Noemi Santiago Torres, 91 Villas del Bosque Margarita Street Cidra PR 00739.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 12th day of May, 2021.

*/s/ Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

