**Fill in this information to identify the case:**

Debtor 1: SONIA NOEMI SANTIAGO TORRES

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 15-08710-BKT

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANCO POPULAR DE PUERTO RICO           **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 3 2 2 7

**Date of payment change:** Must be at least 21 days after date of this notice          02/01/2020

**New total payment:** Principal, interest, and escrow, if any          $ 347.84

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 102.16          New escrow payment: $ 17.00

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %
   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____
   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| Debtor 1 | SONIA NOEMI SANTIAGO TORRES | Case number (*if known*) 15-08710-BKT |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ s/SERGIO A. RAMIREZ DE ARELLANO           Date 01/15/2020
   Signature

Print: Sergio A. Ramírez de Arellano          Title: Attorney for creditor
       First Name    Middle Name    Last Name

Company: SARLAW LLC

Address: Banco Popular Center Suite 1022 209 Muñoz Rivera
         Number          Street

         San Juan                              PR     00918
         City                                  State  ZIP Code

Contact phone: 787-765-2988                    Email: sramirez@sarlaw.com

---

Official Form 410S1          Notice of Mortgage Payment Change          page 2

**POPULAR**®

PO Box 362708
San Juan, Puerto Rico 00936-2708
Teléfono 787-775-1100

SONIA N SANTIAGO-TORRES
91 VILLAS DEL BOSQUE
CIDRA          PR 00739-9206

Préstamo Hipotecario: **0701033227**

Fecha: 27 de diciembre de 2019

### DIVULGACIÓN DEL ESTADO ANUAL DE LA CUENTA DE RESERVA

Esta cuenta debe ser analizada anualmente para determinar si acumula los fondos suficientes y determinar si la cuenta refleja sobrante o deficiencia según la actividad presupuestada.

| PARTE 1 – NUEVO PAGO | | PARTE 2 – DESEMBOLSOS ANUALES ANTICIPADOS | |
|---|---|---|---|
| El nuevo pago se desglosa como sigue: | | Partidas a pagar en el próximo año: | |
| Principal e Intereses | $330.84 | Seguro Hipotecario | $0.00 |
| Depósito a la reserva | $17.00 | Seguro de Inundación | $0.00 |
| Deficiencia/ Adelanto | $0.00 | Seguro Contra Riesgos | $204.00 |
| Seguros Opcionales | $0.00 | Contribuciones | $0.00 |
| Misceláneos | $0.00 | | |
| Subsidio / Reserva de Remplazo | $0.00 | Total Desembolsos Anuales Anticipados: | $204.00 |
| **Nuevo pago comenzando en 02/01/20** | **$347.84** | Depósito a la Reserva: | $17.00 |

PPRS-RES-12/28/19-8

### PARTE 3 – HISTORIAL DE LA CUENTA

Este es un estado de la actividad en la cuenta de reserva desde 09/15 hasta 01/20. El pago actual es de $433.00 del cual $330.84 es para principal e intereses y $102.16 para la cuenta de reserva y partidas adicionales, si aplica, como: Seguro de Vida, Seguro de Incapacidad, Seguro de Muerte Accidental, Cargos por Servicios y Mantenimiento, que componen el pago.

El año pasado anticipamos que los desembolsos de la Cuenta de Reserva efectuados durante este período serían por $0.00. Bajo la ley federal, el balance mínimo requerido no debió exceder de $0.00 o de una sexta (1/6) parte del total de los desembolsos anuales anticipados.

### PARTE 4 - PRESUPUESTO DE LA CUENTA

Para su información, a continuación, le proveemos un cálculo de la actividad para la cuenta de reserva desde 02/20 hasta 01/21. Retenga este estado para compararlo con el historial de la cuenta de reserva según el próximo análisis anual.

| Mes | Cantidad para Depósitos | Anticipada para Desembolsos | Concepto | Balance Presupuestado para su Cuenta de Reserva | Balance Requerido en su Cuenta de Reserva |
|---|---|---|---|---|---|
| | | | BALANCE INICIAL | | $85.00 |
| FEBRERO | $17.00 | $0.00 | | $3,329.20 | $102.00 |
| MARZO | $17.00 | $0.00 | | $3,346.20 | $119.00 |
| ABRIL | $17.00 | $0.00 | | $3,363.20 | $136.00 |

| Mes | Cantidad para Depósitos | Anticipada para Desembolsos | Concepto | Balance Presupuestado para su Cuenta de Reserva | Balance Requerido en su Cuenta de Reserva |
|---|---|---|---|---|---|
| MAYO | $17.00 | $0.00 | | $3,380.20 | $153.00 |
| JUNIO | $17.00 | $0.00 | | $3,397.20 | $170.00 |
| JULIO | $17.00 | $0.00 | | $3,414.20 | $187.00 |
| AGOSTO | $17.00 | $0.00 | | $3,431.20 | $204.00 |
| SEPTIEMBRE | $17.00 | $0.00 | | $3,448.20 | $221.00 |
| OCTUBRE | $17.00 | $204.00 | HAZARD INSUR | $3,261.20 | $34.00 |
| NOVIEMBRE | $17.00 | $0.00 | | $3,278.20 | $51.00 |
| DICIEMBRE | $17.00 | $0.00 | | $3,295.20 | $68.00 |
| ENERO | $17.00 | $0.00 | | $3,312.20 | $85.00 |

El balance final proyectado para la cuenta de reserva es de $3,312.20 . El balance inicial requerido para la cuenta de reserva de acuerdo con este análisis deber ser de $85.00 . Esto significa que la cuenta de reserva tiene un sobrante de $3,227.20 .

Según las leyes federales, todo sobrante igual o mayor a $50.00 tiene que ser reembolsado al cliente.  **Próximamente, el sobrante en la cuenta de reserva será reembolsado y recibirá un cheque por la cantidad del sobrante que se refleja en este Estado.**

Si el préstamo es de interés variable, el pago puede cambiar antes del próximo análisis de la cuenta de reserva de acuerdo con la nueva tasa de interés.

Para más información sobre este análisis de la cuenta de reserva, puede comunicarse con nuestro Departamento de Servicios Hipotecarios, Sección de Servicios al Cliente de lunes a viernes de 8:00 a.m. a 6:00 p.m. y sábado de 9:00 a.m. a 12:00 m. al 787-775-1100 ó libre de cargos al 1-800-981-1982.

**Si usted anticipa algún problema con los pagos:**

- Comuníquese lo antes posible con la División de Loss Mitigation del Banco Popular al 787-522-1544 o libre de costo al 1-855-220-2201.

- Si usted busca una alternativa a los cambios en la tasa de interés y en la cantidad del pago, las siguientes opciones podrían estar disponibles (la mayoría está sujeta a la aprobación de su acreedor):

    - Refinanciar el préstamo con nosotros o con otro acreedor
    - Vender la propiedad y usar las ganancias para saldar el préstamo actual
    - Modificar los términos del préstamo con nosotros
    - Una moratoria le concede, temporeramente, más tiempo para hacer el pago mensual

- Para refinanciamiento, puede comunicarse con Popular Mortgage al 787-707-7070.

- Para evaluación de alternativas como modificar o prórrogas, puede comunicarse con Loss Mitigation al 787-522-1544 o libre de costo al 1-855-220-2201.

Si desea obtener información sobre agencias y programas de asesoría en su área, llame al Departamento de la Vivienda y Desarrollo Urbano de los Estados Unidos (HUD por sus siglas en inglés), en Puerto Rico al 787-766-5400, en Estados Unidos al 1-800-569-4287 o aceda http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm  . Para información sobre el programa Making Home Affordable (MHA) puede comunicarse al 1-888-995-HOPE.  Si usted necesita información del Negociado de Protección Financiera del Consumidor de los Estados Unidos (CFPB por sus siglas en inglés) acceda la página de internet http://www.consumerfinance.gov  .

PPRS-RES-12/28/19-8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**: <br><br> **SONIA NOEMI SANTIAGO TORRES** <br><br> **Debtor** | **CASE NO. 15-08710 (BKT)** <br><br> **Chapter 13** |

### CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

WE HEREBY CERTIFY that a copy of the *Notice of Payment Change* was electronically filed by Movant using the CM/ECF System, which will send a notification to Standing Chapter 13 Trustee and to the debtor's attorney. In addition, a copy of the *Notice of Payment Change* was sent by Movant to the debtors at the address of record.

In San Juan, Puerto Rico on the 15th day of January 2020.

SARLAW LLC
Attorneys for Banco Popular
Suite 1022, Banco Popular Center
209 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918-1009
Tel.: (787) 765-2988
Fax No. (787) 765-2973
sramirez@sarlaw.com

*/S/ Sergio A. Ramirez de Arellano*
USDC PR 126804